An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

        Appellant,

vs.

BANK OF AMERICA, N.A., A
NATIONAL ASSOCIATION,

        Respondent.

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

        Appellant,

vs.

BANK OF AMERICA, N.A., A
NATIONAL ASSOCIATION,

        Respondent.

No. 65152

**FILED**

DEC 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

No. 65976

### ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

The parties to these consolidated appeals have filed a motion to dismiss these consolidated appeals and remand these matters to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The parties' motion is accompanied by an order of the district court certifying that upon remand it is inclined to "vacate its March 6, 2014[,] Order denying injunctive relief and May 8, 2014[,] Order dismissing [appellant's] claims . . . and enter an order denying the motion to dismiss and, thereby, allow litigation to continue."

Cause appearing, we grant the parties' motion. Accordingly, we remand these matters to the district court pursuant to its certification,

14-42487

and we order these consolidated appeals dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate these consolidated appeals should the district court decline to grant the relief requested.[1] Any such motion to reinstate these consolidated appeals shall be filed within 60 days of the district court's order declining to grant the requested relief. The parties' request to stay the briefing schedule in these matters is denied as moot.

It is so ORDERED.



_____, J.
Pickering

_____J.
Parraguirre

_____, J.
Saitta

cc:  Hon. Jessie Elizabeth Walsh, District Judge
     Howard Kim & Associates
     Akerman LLP/Las Vegas
     Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.

SUPREME COURT
OF
NEVADA

(O) 1947A